# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137626

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NORWOOD TWP CITIZENS FOR
HEALTH AND SAFETY,
   Plaintiff-Appellee,

v

             SC: 137626
             COA: 284494
             Charlevoix CC: 06-043821-CZ

WAYNE WYNKOOP, MICHELINE
WYNKOOP, d/b/a NORWOOD LIMESTONE
QUARRY, LLC,
   Defendants-Appellants,

and

NORWOOD TWP, NORWOOD TWP
SUPERVISOR, NORWOOD TWP BOARD
OF TRUSTEES, NORWOOD TWP
ZONING BOARD OF APPEALS and
NORWOOD TWP ZONING ADMINISTRATOR,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the August 13, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

p0217